#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
#### JACKSON DIVISION

**VICKY ABEL, ROSE ALFORD,**                                                      **PLAINTIFFS**
**STEVE ALLEN, TIMOTHY LLOYD,**
**STEPHANIE NIVEN, SHOWNIE PRICE,**
**SCOTT ROUND, MIKE SANDERS,**
**SANDI SEANEY, HALEY SLEDGE,**
**MICHAEL THORNTON, and RICKY WARREN**

**VS.**                                                        **CAUSE NO.   3:08CV652HTW-LRA**

**EMERGYSTAT, INC., SOUTHLAND**
**HEALTH SEVICES OF ALABAMA, INC., and**
**MED EXPRESS OF MISSISSIPPI, LLC**                                               **DEFENDANTS**

### DEFAULT JUDGMENT

THIS ACTION came on for hearing on the Motion of the Plaintiffs for a Default Judgment pursuant to Rule 55(b), Federal Rules of Civil Procedure, and the Defendants having been duly served with Summons and Complaint and not being an infant or unrepresented incompetent person and having failed to plead or otherwise defend, and default having been duly entered, and the Defendants having taken no proceedings since such default was entered, and the Court having considered and determined the damages which are a sum certain; the Court finds that it has jurisdiction of the parties and subject matter of this cause, and further finds that Plaintiffs are entitled to Judgment against the Defendants in the sum of $64,861.63, together with pre-judgment and post-judgment interest thereon at the rate of 0.43 percent (0.43%)[1] per annum,

---

[1] The Federal Court imposes interest in an amount consistent with the Federal Treasury constant maturities for the last week ending of the current month.  As of January 23, 2009, the interest rate to be applied to judgments in this court was 0.43 percent.

plus reasonable attorney's fees in the amount of $25,944.65, plus legal interest applicable, and all costs of Court.

THEREFORE, IT IS HEREBY, ORDERED AND ADJUDGED, that the Plaintiffs have and recover of and from the Defendants the total principal sum of $64,861.63, together with prejudgment and post judgment interest thereon at the rate of 0.43 percent (0.43%) per annum, plus reasonable attorney's fees in the amount of $25,944.65, plus legal interest applicable in attorney's fees, at the rate of 0.43 percent (0.43%) per annum, and all costs of Court, for all of which let execution issue.

SO ORDERED AND ADJUDGED, this the 30th day of January, 2009.

s/ HENRY T. WINGATE
CHIEF UNITED STATE DISTRICT JUDGE


JUDGMENT PRESENTED BY:
ARIN CLARK ADKINS, MS BAR #101831
CLARK & CLARK Attorneys, P.A.
2906 N. State Street Suite 330
Jackson, MS 39216
601-981-1568
601-981-7995 (fax)


PHILIP C. HEARN, MS BAR #9366
HEARN LAW FIRM, P.A.
2906 N. State Street Suite 330
Jackson, MS 39216
601-981-1568
601-981-7995 (fax)

Civil Action No. 3:08-cv-652 HTW-LRA
Default Judgment